UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER PORTILLO, | Case No. 2:23-cv-00794-GMN-NJK |
| Plaintiff | ORDER |
| v. | |
| STATE OF NEVADA, et al., | |
| Defendants | |

**I.    DISCUSSION**

Plaintiff Jennifer Portillo, who is in the custody of the Nevada Department of Corrections[1] ("NDOC"), has filed an application to proceed *in forma pauperis* (ECF No. 1-1) and has submitted both a civil rights complaint pursuant to 42 U.S.C. § 1983 (ECF No. 1-1) and a petition for writ of habeas corpus under 28 U.S.C. § 2241 (ECF No. 1-2). The Court now addresses Plaintiff's initiating documents and application to proceed *in forma pauperis*.

**A.    Initiating documents**

Plaintiff cannot pursue both § 1983 and habeas actions in the same case. *See Nettles v. Grounds*, 830 F.3d 922, 927 (9th Cir. 2016) (reiterating that "habeas is the exclusive vehicle for claims brought by state prisoners that fall within the core of habeas, and such claims may not be brought in a § 1983 action"); *Wilkinson v. Dotson*, 544 U.S. 74, 81–82 (2005) (holding that "a state prisoner's § 1983 action is barred (absent prior invalidation)—no matter the relief sought (damages or equitable relief), no matter the target of the prisoner's suit (state conduct leading to conviction or internal prison proceedings)—if success in that action would necessarily demonstrate the invalidity of confinement or its duration"). Plaintiff may pursue either her § 1983 complaint <u>or</u> her

---

[1] In her May 19, 2023, letter, Plaintiff, who was still at the Clark County Detention Center ("CCDC"), noted that she was scheduled for transport to Florence McClure Women's Correctional Center ("FMWCC") later that day. (ECF No. 1-3). Plaintiff is no longer listed in the CCDC inmate database.

habeas petition in this case but not both. She may file the other action in a separate case.

**By July 21, 2023**, Plaintiff will file a notice with the Court indicating whether she: (1) wishes to pursue her § 1983 civil rights complaint (ECF No. 1-1) and strike her habeas petition (ECF No. 1-2) in this case; or (2) strike her § 1983 civil rights complaint (ECF No. 1-1) and pursue her habeas petition (ECF No. 1-2) in this case. If Plaintiff does not designate one of these options, the Court will dismiss the entire case without prejudice because Plaintiff cannot proceed simultaneously on both her § 1983 complaint and habeas petition in the same case.

### B.   *In forma pauperis* application

Plaintiff's application to proceed *in forma pauperis* is incomplete because she has not submitted a completed financial certificate and an inmate trust fund account statement for the previous six-month period with the application. (ECF No. 1). The Court will deny Plaintiff's application without prejudice and give Plaintiff the opportunity to correct these deficiencies **by July 21, 2023**.

The United States District Court for the District of Nevada must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a). The fee for filing a civil-rights action is $402, which includes the $350 filing fee and the $52 administrative fee. *See* 28 U.S.C. § 1914(a)-(b). The filing fee for a habeas corpus action is $5. *Id.*

"Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." Nev. Loc. R. Prac. LSR 1-1. For an inmate to apply for *in forma pauperis* status, the inmate must submit **all three** of the following documents to the Court: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, which is pages 1–3 of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a completed **Financial Certificate**, which is page 4 of the Court's approved form, that is properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. *See* 28 U.S.C. § 1915(a)(1)–(2); Nev. Loc. R. Prac. LSR

1-2.

As explained above, Plaintiff's application to proceed *in forma pauperis* is incomplete. The Court will therefore deny Plaintiff's application to proceed *in forma pauperis* without prejudice and grant Plaintiff an extension of time to either pay the filing fee or file a new fully complete application to proceed *in forma pauperis* with all three required documents.

## II.     CONCLUSION

It is therefore ordered that the application to proceed *in forma pauperis* (ECF No. 1) is denied without prejudice.

It is further ordered that Plaintiff has **until July 21, 2023,** to file a new fully complete application to proceed *in forma pauperis* with all three required documents: (1) a completed application with the inmate's two signatures on page 3, (2) a completed financial certificate that is signed both by the inmate and the prison or jail official, and (3) a copy of the inmate's trust fund account statement for the previous six-month period.

It is further ordered that, if Plaintiff fails to file a fully complete application to proceed *in forma pauperis* by the deadline, the Court will dismiss this case without prejudice.

It is further ordered that, by **July 21, 2023**, Plaintiff will file a notice with the Court indicating whether she: (1) wishes to pursue her § 1983 civil rights complaint (ECF No. 1-1) and strike her habeas petition (ECF No. 1-2) in this case; or (2) strike her § 1983 civil rights complaint (ECF No. 1-1) and pursue her habeas petition (ECF No. 1-2) in this case.

It is further ordered that, if Plaintiff fails to inform the Court whether she is pursuing her § 1983 civil rights complaint or habeas petition in this case, the Court will dismiss the entire case without prejudice because Plaintiff cannot pursue both actions simultaneously in the same case.

///

///

///

1      It is further ordered that the Clerk of the Court is directed to send Plaintiff the approved form application to proceed *in forma pauperis* for an inmate and instructions for the same.

       It is further ordered that the Clerk of the Court will update Plaintiff's address to Florence McClure Women's Correctional Center pursuant to her letter (ECF No. 1-3) and update her prison number to 1269516.

       DATED THIS __25__ day of May 2023.

                                                    _____
                                                    Gloria M. Navarro, Judge
                                                    United States District Court

- 4 -